IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Apostolos Paul Ioannidis | * | |
| Plaintiff | * | |
| v. | * | Case No.: 11-02778 |
| US Bank, N.A. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF CLAIM

Plaintiff Apostolos Paul Ioannidis hereby files this Notice to withdraw all claims brought against Defendant US Bank, N.A. in the above-captioned matter with prejudice.

Respectfully submitted,

Jan I. Berlage #23937
Gohn, Hankey & Stichel, LLP
201 N. Charles Street
Suite 2101
Baltimore, Maryland 21201
(410) 752-9300

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2012 a copy of Plaintiff's Notice of Withdrawal of Claim was served via first class mail, postage pre-paid to: Scott Marder, Esq, Duane Morris, LLP, 111 S. Calvert Street, Suite 2000, Baltimore, MD 21202.



Jan I. Berlage #23937